FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA LYNN S.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:24-CV-03210-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　　Before the Court is the parties' Stipulated Motion For Remand, ECF No. 17. Plaintiff is represented by Stephanie Christel and Charles Lloyd. Defendant is represented by Jacob Phillips, Jospeh Langkamer, and Brian Donovan.

　　　The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1. The parties' Stipulated Motion For Remand, ECF No. 17, is **GRANTED**.

　　　2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.

3. Plaintiff's Opening Brief is stricken, as moot.

4. The parties agree that Plaintiff may be entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 13th day of May 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2